**98-6461**-CIV-ZLOCH

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

## United States District Court

| | |
|---|---|
| | District   **Southern Florida Ft. Lauderdale** |
| Name of Movant   **Joseph William Barbosa** | Prisoner No.   **64150-080**   Case No.   **90-6123-CR-Zloch** |

Place of Confinement
**F.C.I. Miami, Unit-"D", P.O. Box 979137, Miami, Florida 33197**

UNITED STATES OF AMERICA         V.      **JOSEPH WILLIAM BARBOSA**
                                                              (name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack **U.S. Courthouse. 299 East. Broward Blvd.. Fort Lauderdale. Florida 33301**

2. Date of judgment of conviction **August 3rd. 1995**

3. Length of sentence **324 months of incarceration on both counts of coviction.**

4. Nature of offense involved (all counts) **Conspiracy to posses with intent to distribute cocaine and Possession with the intent distribute cocaine.**

5. What was your plea? (Check one)
   (a) Not guilty    ☒
   (b) Guilty    ☐
   (c) Nolo contendere    ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury    ☒
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 243 (Rev. 5/85)

9.  If you did appeal, answer the following:

   (a) Name of court **Eleventh Circuit Court of Appeal**

   (b) Result **Unpublished Per Curiam Decision. Affirming District court decision.**

   (c) Date of result **January 31, 1997**

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

   (a)(1) Name of court _____

      (2) Nature of proceeding _____

      _____

      (3) Grounds raised_____

      _____

      _____

      _____

      _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
         Yes ☐ No ☐

      (5) Result_____

      (6) Date of result _____

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court _____

      (2) Nature of proceeding _____

      _____

      (3) Grounds raised_____

      _____

      _____

      _____

      _____

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐ No ☐
(2) Second petition, etc.     Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

J 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Ineffective assistance of counsel during all fazes of the__
__of the criminal proceedings before cause of failure to investigate and__
other __other factors that will be listed in Memorandum of law.__
Supporting FACTS (state *briefly* without citing cases or law) __Defense Counsel failed to__
__fully review transcript and evidence of earlier trials, to bring all__
__inconsistent testimony which leads to known perjury testimony and__
__government misconduct for failing to correct such testimony out with__
__objections, counsel was ineffective for failure to investigate evidence__
__and failure to object, and failure to correct during all trial and__
__appeal. and request specific instruction.__

B. Ground two: __Insufficient evidence to sustain conviction, along with__
__ineffective assistance of counsel for not appealing or objecting to.__
Supporting FACTS (state *briefly* without citing cases or law): __During the entire case__
__the evidence introduce before trial, during trial is lacking, because__
__the lack of collaborating evidence and proper instruction to go with__
__the evidence introduce by the government during trial, that were lacking__
__such, therefore leaving the jurors to use mere gestures, assumption__
__and presumptions evidence for which no proper fact was introduce. ect.__

C. Ground three: __Gun enhancement is out of place, because court took__
__factors from P.S.I. that were misleading and guideline did not allow.__
Supporting FACTS (state *briefly* without citing cases or law): __Guns were not place near__
__drugs as stated in P.S.I. and Guideline did not allow for such__
__enhancement for the charged offense. Ex post facto Violation was also__
__Committed with imposition of said enhancement.__

(5)

AO 243 (Rev. 5/85)

D. Ground four: Ineffective assistance of counsel during appeal.

Supporting FACTS (state *briefly* without citing cases or law): Court made error in its decision and counsel did not take steps to correct such error or appeal such error, therefore violating petitioners constitutional right.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: Only reason that can be feasible is that Counsel was lacking interest of petitioner case their for either did not wish to pursuit more diligently, and their for none of the above issue were raised during trial or appeal, or even objected to and petitioner stated that counsel him did not have attorney-client relationship. and refused to let petitioner take part in his own defense.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing

(b) At arraignment and plea

(c) At trial Mr. Eric M. Cohen, Two Datran Center, Suite 1704, 9130 South Dadeland Boulevard, Miami, Florida 33156

(d) At sentencing Same as above

AO 243 (Rev. 5/85)

(e) On appeal  same aforementioned attorney Eric M. Cohen.

_____

(f) In any post-conviction proceeding   None

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding   None

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_4-27.98_
(date)

_Joseph W. Barbosa #64150-080_
Signature of Movant

(7)